**Electronically Filed
Supreme Court
SCWC-19-0000716
05-APR-2021
02:01 PM
Dkt. 9 ODAC**

SCWC-19-0000716

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

In the Interest of T.J.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000716; FC-S No. 14-00008)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Petitioner/Mother-Appellant's Application for Writ of Certiorari filed on February 8, 2021, is hereby rejected.

DATED: Honolulu, Hawai‘i, April 5, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

